**Stephen C. DURST, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 05–1788.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 19, 2005.

Decided: Oct. 27, 2005.

Stephen D. Durst, Duluth, MN, pro se.

John S. Hughes, Hughes Law Office, Minneapolis, MN, for Appellant.

John Richard Marti, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Stephen C. Durst appeals the district court's * judgment denying Durst's 28 U.S.C. § 2255 motion to vacate his sentence. The sole issue presented is whether *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is retroactively applicable to final convictions on collateral review. This issue has been resolved adversely to Durst in *Never Misses A Shot v. United States*, 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam), and his section 2255 motion is foreclosed.

\* The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

We affirm the district court. *See* 8th Cir. R. 47B.

